**JOHN C. LEMON**
California Bar No. 175847
LAW OFFICES OF JOHN C. LEMON
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0423
Facsimile: (619) 652-9964
Email: jlemon@san.rr.com

Attorneys for Miguel De Jesus-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr2046-GT |
| Plaintiff, | |
| v. | **ORDER** |
| Miguel De Jesus-Martinez | 1) To continue change of plea hearing to 9:00 a.m. on August 4th. |
| Defendant. | |

Upon application of Mr. De Jesus-Martinez by and through counsel, and good cause being shown, it is hereby ordered as follows:

1. The change of plea hearing currently set for Monday, July 7th at 9:30 a.m. shall be continued to Monday, August 4th at 9:00 a.m. upon the joint recommendation of the parties.

Date 7-3-08

HONORABLE GORDON THOMPSON
District Judge